UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                         Hon. Janet T. Neff

v.

                                         Case No. 1:18-cr-00261

ZAIRA NUNEZ-SANCHEZ,

     Defendant.

_____/

## **ORDER**


Defendant appeared before me yesterday, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing. I find that her waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on December 18, 2018.


                                       /s/ Phillip J. Green
                                     PHILLIP J. GREEN
                                     United States Magistrate Judge